**No. 10-685. Gerald W. Kelly, et al., Petitioners v. Township of Abington, Pennsylvania, et al.**

562 U.S. 1256, 131 S. Ct. 1593, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1896.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 336 Fed. Appx. 163.